

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00242-CV

**101 LEXINGTON TOWER, LLC** and Lex Avenue Hotel, LLC,
Appellants

v.

**830 N. ST. MARY'S HOTEL, LTD.** and Phoenix Hospitality Riverwalk, LLC,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI09922
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's March 28, 2023 amended temporary injunction order is AFFIRMED. Costs of court for this appeal are taxed against 101 Lexington Tower, LLC and Lex Avenue Hotel, LLC.

SIGNED August 2, 2023.

_____
Patricia O. Alvarez, Justice